FILED
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate's Case No.: 08MJ8159 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. § 841(a)(1) Possession of a Controlled Substance with Intent to Distribute |
| Victor Manuel OROZCO-Aguirre, | |
| Defendant | |

The undersigned complainant duly sworn states:

That on or about February 22, 2008, within the Southern District of California, defendant Victor Manuel OROZCO-Aguirre, did knowingly and intentionally possess with intent to distribute approximately 139.00 kilograms (308.20 pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Joanne Camacho, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, February 22, 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
                    v
2  Victor Manuel OROZCO-Aguirre

3                    STATEMENT OF FACTS

4      This Statement of Facts is based on the reports, documents, and notes furnished to
5  Drug Enforcement Administration Special Agent Joanne Camacho.
6
7      On February 22, 2008, at approximately 11:30 P.M., United States Border Patrol
8  Agent (USBPA) T. Delgado was performing his official duties as a canine officer at the
9  Highway 86 Checkpoint. At that time, U.S. Border Patrol Agent (BPA) T. Delgado
10 observed a tractor trailer, later identified as driven by Victor Manuel OROZCO-Aguirre,
11 approach the primary inspection area of the checkpoint.

12     BPA Delgado conducted a pre-primary inspection of the tractor trailer with his
13 service issued canine. During this inspection, the canine alerted to the back of the trailer.
14 BPA D. Carney questioned OROZCO-Aguirre as to his citizenship. OROZCO-Aguirre
15 told the BPA Carney he was a Mexican citizen and presented BPA Carney with a valid U.S.
16 Visa. BPA Carney asked OROZCO-Aguirre to present his I-94 card, and OROZCO-Aguirre
17 presented him with his bill of lading. BPA Carney noticed OROZCO-Aguirre's hands were
18 shaking. BPA Carney requested and was granted permission to search the truck and the
19 trailer. BPA Carney referred OROZCO-Aguirre and the tractor trailer to secondary
20 inspection.
21
22     OROZCO-Aguirre exited the truck and BPA Maldonado questioned him regarding
23 his cargo. OROZCO-Aguirre stated that he was carrying empty beer bottles. OROZCO-
24 Aguirre immediately pulled off the metal seal to the door of the trailer without being
25 prompted by USBPA Maldonado. BPA Maldonado observed that OROZCO-Aguirre easily
26
27
28

removed the metal security seal with his fingers. The metal security seal would normally need to be removed with a tool.

After opening the trailer, BPA T. Delgado observed two black duffle bags propped in the rear along with a medium-sized cardboard box, with a white bundle sitting on top of the box. OROZCO-Aguirre stated he didn't know how the objects were placed in the trailer. A search of the contents of the bags revealed 24 bundles wrapped in cellophane, with a total weight of approximately 139.00 kilograms of marijuana.

The duffle bags were removed from the trailer and taken inside of the checkpoint for testing. BPA T. Delgado performed a NIK test on one of the bundles which contained a green leafy substance. The substance tested positive for the properties of marijuana.

Drug Enforcement Administration Special Agent Jeff Butler advised OROZCO-Aguirre of his rights, per Miranda. OROZCO-Aguirre acknowledged his rights and agreed to answer questions without the presence of an attorney. OROZCO-Aguirre stated he picked up a trailer in Calexico, California on February 21, 2008. OROZCO-Aguirre stated that he did not inspect the seal on the trailer or complete his log book for his current trip. OROZCO-Aguirre had no explanation for why the number on the metal security seal did not match the number on the bill of lading, and why the metal security seal was easily removed.