# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ CAREY D. GORDEN

| Date | Signature |

| | Print Name | Bar Number |

| | Address |

| | City | State | Zip Code |

| | Phone Number | Fax Number |