1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Victor Manuel Orozco-Aguirre

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,      )   Case No. 08MJ8159
                                    )
12 |          Plaintiff,             )
                                    )
13 | v.                              )   **CERTIFICATE OF SERVICE**
                                    )
14 | VICTOR MANUEL OROZCO-AGUIRRE,   )
                                    )
15 |          Defendant.             )
   |_____ )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
20

21                                       Respectfully submitted,

22

23 DATED:      February 26, 2008         /s/ Carey D. Gorden
                                         **CAREY D. GORDEN**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Victor Manuel Orozco-Aguirre
25

26

27

28